JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Richard Zinn, Indi and as Sole Shareholder of Excalibur Bagel & Bakery Equipment, Inc., a NJ Corp, and Excalibur Bagel & Bakery Equipment, | Karin Seruga, Ind and as Sole Shareholder of Excellent Bakery Equipment Co., a NJ Corp and Excellent Bakery Equipment, Co., |

**(b)** County of Residence of First Listed Plaintiff   Bergen
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Bergen
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Richard A. Joel, Joel & Joel, LLP, 496 Kinderkamack Road, Oradell, New Jersey  07649 (201) 599-0588

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | **PERSONAL INJURY** ☐ 362 Personal Injury - Med. Malpractice | | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | **PERSONAL INJURY** ☐ 365 Personal Injury - Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **PERSONAL PROPERTY** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 370 Other Fraud | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 371 Truth in Lending | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 380 Other Personal Property Damage | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 385 Property Damage Product Liability | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 245 Tort Product Liability | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 442 Employment | **Habeas Corpus:** | | |
| | ☐ 443 Housing/ Accommodations | ☐ 530 General | | |
| | ☐ 444 Welfare | ☐ 535 Death Penalty | | |
| | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | |
| | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1  Original Proceeding
☐ 2  Removed from State Court
☐ 3  Remanded from Appellate Court
☐ 4  Reinstated or Reopened
☐ 5  Transferred from another district (specify)
☐ 6  Multidistrict Litigation
☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 2201(a); 15 USC 1125 and 15 USC 1120

Brief description of cause:
Declaratory judgment seeking to invalidate trademark; unfair competition and fraudulent attempt to register

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

Richard A. Joel, Esq. (RAJ 7604)
JOEL & JOEL, LLP
496 Kinderkamack Road
Oradell, New Jersey  07649
(201) 599-0588
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD ZINN, Individually and as Sole Shareholder of Excalibur Bagel & Bakery Equipment, Inc., a New Jersey Corporation, and Excalibur Bagel & Bakery Equipment, Inc., a New Jersey Corporation<br><br>Plaintiffs,<br><br>vs.<br><br>KARIN SERUGA, Individually and as Sole Shareholder of Excellent Bakery Equipment Co., a New Jersey Corporation, and Excellent Bakery Equipment Co., a New Jersey Corporation<br><br>Defendants. | CASE NO. _____cv_____<br><br><br>**COMPLAINT** |

Plaintiffs, Richard Zinn, Individually and as Sole Shareholder of Excalibur Bagel & Bakery Equipment Co., a New Jersey Corporation, and Excalibur Bagel & Bakery Equipment Co., a New Jersey Corporation, by and through their attorneys, Joel & Joel, LLP, by way of Complaint against Defendants Karin Seruga, Individually and as Sole Shareholder of Excellent Bakery Equipment Co., a New Jersey Corporation, and Excellent Bakery Equipment Co., a New Jersey Corporation, allege as follows:

## SUBSTANCE OF THE ACTION

1.      This is an action for a declaratory judgment under 28 U.S.C. § 2201(a) seeking to invalidate the trademark, "ARTOFEX", having United States Patent and Trademark Office (hereinafter "USPTO") Registration Number 231276.  This action also requests a finding of civil liability under 15 U.S.C. § 1125 for unfair competition, and under 15 U.S.C. § 1120 for fraudulent attempts to register the trademark, "ARTOFEX" in stylized form as well as common law fraud and pendent state claims.

## PARTIES AND JURISDICTION

2.      Plaintiff, Richard Zinn, is a citizen of New Jersey and the sole shareholder of Excalibur Bagel & Bakery Equipment, Inc., a New Jersey Corporation.  Mr. Zinn's address is Richard Zinn c/o Excalibur Bagel & Bakery Equipment, Inc., 611 Valley Health Plaza, Paramus, New Jersey 07652.  Plaintiff, Excalibur Bagel & Bakery Equipment, Inc. (hereinafter "Excalibur"), is a corporation organized and existing under the laws of the State of New Jersey. Plaintiff maintains offices at 611 Valley Health Plaza, Paramus, New Jersey 07652.

3.      Defendant, Karin Seruga, is a citizen of New Jersey and the sole shareholder of Excellent Bakery Equipment Co., a New Jersey Corporation.  Defendant Seruga resides at 36 Louis Drive, Montville, New Jersey.

4.      Defendant, Excellent Bakery Equipment Co. (hereinafter "Excellent"), is a corporation organized and existing under the laws of the State of New Jersey.  Defendant maintains offices at 315 Fairfield Road, Fairfield, New Jersey 07004.

5.     The conduct out of which Plaintiffs' claims arose occurred in the State of New Jersey and involves a federal trademark, ARTOFEX, Registration No. 231272, and a pending application, SN 76/545438, for the mark ARTOFEX as well as federal unfair competition claims.

## VENUE

6.     Venue is properly in this District, pursuant to 28 U.S.C. § 1391(a), since all of the parties are present in the District.

## COUNT I

### Defendant's Ownership of the Mark Artofex is Fraudulent

7.     Plaintiffs repeat and re-allege the allegations of Paragraphs 1-7 of the Complaint as though fully stated herein.

8.     On August 16, 1927, F. Aeschbach S.A., a Joint Stock Company with Swiss citizenship, registered the ARTOFEX mark as Registration 231276 in the United States (Exhibit 1).

9.     On May 24, 1989, Registration 231276 was assigned (hereinafter "Assignment 1") by F. Aeschbach AG, a Joint Stock Company with Swiss citizenship, to Artofex AG, another Joint Stock Company with Swiss citizenship (Exhibit 1).

10.     On February 28, 1995, Registration 231276 was assigned (hereinafter "Assignment 2") by Artofex AG, a corporation with citizenship in the United Kingdom, to Artofex Engineering Works Limited, another corporation with citizenship in the United Kingdom (Exhibit 1).

11.     There are no assignments of Registration 231276 back to F. Aeschbach AG or F. Aeschbach S.A., both Swiss companies.

12.    Neither F. Aeschbach AG (Swiss), nor F. Aeschbach S.A. (Swiss) had legal ownership of the ARTOFEX mark to make any subsequent assignments.

13.    Artofex AG (Swiss) is not the same company as Artofex AG (United Kingdom), nor is there any assignment of the ARTOFEX mark to Artofex AG (United Kingdom).

14.    On October 15, 2003, Registration 231276 was assigned (hereinafter "Assignment 3") by F. Aeschbach S.A., an individual with United States citizenship, to Defendant Karin Seruga, an individual with United States citizenship (Exhibit 1).

15.    On April 15, 2004, Registration 231276 was assigned (hereinafter "Assignment 4") by F. Aeschbach S.A., a Joint Stock Company with Swiss citizenship, to Defendant Karin Seruga, an individual with United States citizenship (Exhibit 1).

16.    Defendant Karin Seruga obtained title to Registration 231276 fraudulently and Assignments 2 through 4 are invalid.

17.    Plaintiffs sustained damages as a consequence of Karin Seruga's fraudulent procurement of ownership to Registration 231276 and her attempts to assert trademark rights against plaintiffs which she does not own.

## COUNT II

### Defendant Procured Ownership by False Means and the Trademark is Invalid

18.    Plaintiffs repeat and re-allege the allegations of Paragraphs 1-18 of the Complaint as though fully stated herein.

19.    Assignment 1 assigned Artofex AG (Swiss) the entire interest and good will of the business (Exhibit 1).

20.    Assignment 2 did not assign Artofex Engineering Works Limited (United Kingdom) the good will of the business (Exhibit 1).

21.    Assignment 3 did not assign Defendant Karin Seruga the good will of the business and incorrectly listed F. Aeschbach S.A. as an individual with United States citizenship (Exhibit 1).

22.    Assignment 4 did not assign Defendant Karin Seruga the good will of the business and listed F. Aeschbach S.A. (Swiss) as the assignor of the trademark Artofex when in fact F. Aeschbach S.A. divested itself of ownership of the mark on May 24, 1986 by Assignment 1 (Exhibit 1).

23.    There was no assignment of the requisite "good will" with the mark, ARTOFEX, to comply with 15 U.S.C. § 1060.

24.    Defendant Karin Seruga further procured the assignments of Registration 231276 fraudulently.

25.    The naked assignment of the ARTOFEX trademark without the good will of the business resulted in an invalid trademark.

26.    Plaintiffs sustained damages as a consequence of Karin Seruga's fraudulent assignment of Registration 231276 and the assertion of trademark rights against plaintiffs on an invalid trademark.

## COUNT III

### Plaintiffs Request Judgment Declaring the Mark Invalid

27.    Plaintiffs repeat and re-allege the allegations of Paragraphs 1-27 of the Complaint as though fully stated herein.

28.    On December 8, 2003, Defendants, through counsel, sent a letter to Plaintiffs' counsel (Exhibit 2) directing Plaintiffs to cease and desist further use of the ARTOFEX mark.

Defendants threatened Plaintiffs with liability for alleged violation of Defendants' rights under federal law.

29.    On December 8, 2003, defendant Seruga had no ownership rights in the mark Artofex Registration No. 231276 since the purported assignment of the mark did not take place until April 14, 2004 (Exhibit 3).

30.    The threatening letter of December 8, 2003 (Exhibit 2) created a real and reasonable apprehension of liability on the part of Plaintiffs.

31.    On December 31, 2003, Defendants, through counsel, sent a second letter to Plaintiffs' counsel reaffirming and further warning of an impending lawsuit if their cease and desist request was not satisfied (Exhibit 4).

32.    The Artofex mark has been used for years with impunity by various parties and without any supervision and has fallen into the public domain.  The mark is invalid

### COUNT IV

### Breach of Contract

33.    Plaintiffs repeat and re-allege the allegations of Paragraphs 1-32 of the Complaint as though fully stated herein.

34.    The mark ARTOFEX has fallen into the public domain and the trademark is invalid through misuse of the mark by numerous parties without supervision.

35.    Plaintiff, Richard Zinn, was formerly married to Defendant, Karin Seruga.

36.    During their marriage, the parties were equal owners of Banta Machine Corp. (hereinafter "Banta") and Excelsior Industrial Equipment Co. (hereinafter "Excelsior").  Banta and Excelsior were engaged in the manufacture and sale of bakery equipment and parts.

37.     On or about March 31, 1995, the activities of Banta and Excelsior were concluded and the assets of the corporations were distributed to the parties and each then established their own independent businesses.

38.     Defendant Seruga established Excellent Bakery Equipment Co., a corporation in the business of manufacturing, servicing, and selling bagel and bakery equipment and parts.

39.     Plaintiff Zinn established Excalibur Bagel & Bakery Co., a corporation in the business of manufacturing, servicing, and selling bagel and bakery equipment and parts.

40.     Both Seruga and Zinn remain in business and compete directly with each other.

41.     Defendants have deliberately engaged in a course of conduct to harass and destroy Plaintiffs.

42.     Plaintiffs and defendants are presently involved in litigation in the Superior Court of New Jersey, Law Division, Bergen County, Docket No. L-6432-04, relating to alleged breach of a Corporate Settlement Agreement regarding the use of the ARTOFEX mark, as well as other conduct allegedly interfering with business activities.

43.     A declaratory judgment invalidating the mark, ARTOFEX, will clarify and settle the legal relations in issue, and afford relief from the uncertainty and controversy as part of the state proceeding.

## COUNT V

### Plaintiffs Deserve Judgment Declaring the Mark Artofex Invalid

44.     Plaintiffs repeat and re-allege the allegations of Paragraph 1-43 of the Complaint as though fully stated herein.

45.     Prior to Assignment 1 (Exhibit 1) by F. Aeschbach AG (Swiss) on May 24, 1989, F. Aeschbach S.A.(Swiss) abandoned the mark which it registered on August 16, 1927.

46.     Assignment 2, 3, and 4 (Exhibit 1) are invalid because they did not assign the requisite "good will" to comply with 15 U.S.C. § 1060 nor did the assignors have ownership of the mark.

47.     The invalidity of Assignments 2, 3, and 4 appears to show that ownership rights over the mark, ARTOFEX, resides in the last registrant, Artofex AG, a Swiss company.

48.     Plaintiffs contend that Artofex AG (Swiss) abandoned the mark which was initially registered in 1927.

49.     It is not believed that Artofex AG (Swiss) exists at this time or at the time of the alleged assignments.

50.     A Declaratory judgment invalidating the mark, ARTOFEX, will clarify and settle the legal relations at issue, and afford relief from the uncertainty controversy giving rise to this proceeding.

## COUNT VI

### Defendant is  Attempting to Obtain Registration Through Fraud

51.     Plaintiffs repeat and re-allege the allegations of Paragraph 1-50 of the Complaint as though fully stated herein.

52.     On September 17, 2003, despite fraudulent prior assignments of the ARTOFEX mark, Defendants filed a new trademark application (Exhibit 5) for the ARTOFEX mark, SN76/545438 with the intent to defraud the Trademark Office.

53.     Defendants are falsely alleging a date of first use anywhere and a date of first use in commerce of April 4, 1927 in their application.

54.     Defendants are also falsely alleging April 1, 1977 as a date of first use anywhere and first use in commerce.

55.     Up until 1995, Artofex products were sold by Banta Machine Corp. ("Banta") and Excelsior Industrial Equipment Co. ("Excelsior") jointly owned by plaintiff Zinn and defendant Seruga.  Defendant Seruga never sold Artofex products on her own prior to 1995 and certainly not in 1977 as alleged in her pending trademark application.

56.     The ARTOFEX products sold by Banta and Excelsior were not sold under any license providing for quality control by a licensor.   There was also no assignment to these Companies.

57.     Swiss Registration 520059 dated 08/07/05 was recently granted to a company called  F. Aeschbach AG in Switzerland on the mark ARTOFEX.

58.     The original ARTOFEX mark, Registration No. 231276 was registered August 16, 1927 and alleged a first use of July 20, 1911 and a first use in commerce of July 20, 1911. The allegations in defendant's application of a first use of April 4, 1927 are false.

59.     Defendant Seruga is attempting to obtain a trademark registration on the mark ARTOFEX by false representation in the application in order to harm plaintiffs.

60.     As part of Defendants' trademark application of September 17, 2003, Defendants declared:

> "to the best of his/her knowledge and belief, no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive.."

This declaration was false because, at the time, Defendants were well aware of Plaintiffs' rights to use the ARTOFEX mark in commerce, pursuant to the Corporate Settlement Agreement between Plaintiffs and Defendants dated April 24, 1997 and the fact that the mark was invalid and the assignments were fraudulent.

## COUNT VII

### 15 U.S.C. § 1125
### Defendant Engaged in Unfair Competition to Injure Plaintiffs

61.     Plaintiffs repeat and re-allege the allegations of Paragraphs 1-60 of the Complaint as though fully stated herein.

62.     On Defendants' website, www.excellent-bagels.com, it is falsely alleged that defendants are the owners of the 1927 ARTOFEX mark.

63.     Defendants promote on their website, www.excellent-bagels.com (Exhibit 6, that they are the sole U.S. Agency for Artofex mixers and parts, and that Defendants are the "only company capable of selling all new Artofex models, including the PH8, PH15, PH20 and PH30 mixers"

64.     Clause 3f of their Corporate Settlement Agreement of April 24, 1997 (Exhibit 7 indicates Plaintiffs are entitled to ". . . purchase, rehabilitate, and sell Artofex equipment; and shall be entitled to make, advertise and sell parts (using the designation Triple Action Mixer and or the designation PH15, PH20, PH30) which can be used with or substituted for Artofex equipment and both parties can advertise that they are capable of servicing Artofex equipment as long as such statements are true." Consequently the statements in defendants' website are likely to confuse customers and give Defendants an unfair economic advantage.

65.     Defendants state on their website, www.excellent-bagels.com, that "the other company," namely Excalibur Bagel & Bakery Equipment Inc., is lying about its ability to sell Artofex products and, is therefore, defrauding customers in the bakery industry (Exhibit 8). Such statements are misleading and likely to confuse Plaintiffs' customers and give Defendants an unfair economic advantage.

66.     Defendants advertise on their website, www.excellent-bagels.com, an alleged cease and desist "order", (Exhibit 9),  instructing the "other company", namely Excalibur Bagel & Bakery Equipment, Inc., to cease and desist use of the ARTOFEX mark.  Such advertising is false and such representation is likely to confuse customers and give Defendants an unfair economic advantage.

67.     Defendants advertise on their website, www.excellent-bagels.com, a fraudulent letter from PITEC, a German company, (Exhibit 10) where such letter attempts to "confirm" Defendants' ownership rights over the ARTOFEX mark.  Such letter is designed to confuse customers and give Defendants an unfair economic advantage.

68.     On October 20, 1995, Plaintiff received a fraudulent letter, from Kolb, a German company, (Exhibit 11), where such letter attempted to "confirm" Defendants' ownership rights over the ARTOFEX mark.

69.     The body of both the PITEC letter, (Exhibit 10, and the Kolb letter, (Exhibit 11), are strikingly similar, and Plaintiffs allege Defendants drafted the letters themselves and fraudulently induced or conspired with PITEC and Kolb to send them to plaintiffs.

70.     Plaintiffs have suffered, and continue to  suffer  monetary damages  from Defendants' conduct.

## COUNT VIII

### Product Disparagement

71.     Plaintiffs repeat and re-allege the allegations of Paragraphs 1-70 of the Complaint as though fully stated herein.

72.    Defendants published, on www.excellent-bagels.com, false, disparaging statements implying Plaintiffs are lying about their ability to sell Artofex products, and are therefore, defrauding customers in the baking industry.

73.    Defendants published, on www.excellent-bagels.com, false, disparaging documents (Exhibits 8) that fraudulently attempt to confirm Defendants' ownership rights over the ARTOFEX mark, and negate Plaintiffs' rights to use the mark.

74.    Defendants' statements and publications on www.excellent-bagels.com were motivated by Defendants' malicious intentions to monopolize the US market for Artofex-type products and services, and destroy Plaintiffs' business in the same market.

75.    Defendants' false and/or misleading statements and publications on www.excellent-bagels.com disparaged plaintiff's company and products and caused Plaintiffs to sustain damages.

WHEREFORE, plaintiff seeks the following relief against the defendants, jointly and severally:

1.    That the Court declare ARTOFEX Assignments 2 through 4 invalid, and accordingly, defendants do not have any ownership rights in the mark.

2.    That the Court declare the ARTOFEX mark was abandoned, and accordingly, defendants do not have any ownership rights in the mark.

3.    That the Court declare the ARTOFEX mark was registered fraudulently, is invalid, and accordingly, defendants do not have any ownership rights in the mark.

4.    That the Court enjoin defendants from prosecuting its pending application for trademark rights on ARTOFEX. S.N. 76/54438 and that such application be abandoned.

5.     That the Court enjoin the defendants from disparaging plaintiff's company and products and breaching any agreements with plaintiffs and specifically the corporate settlement agreement.

6.     That the Court award plaintiff damages and such other and further relief including punitive damages, costs, and legal fees as this Court may deem just and equitable.


Dated:  July 13, 2005

JOEL & JOEL, LLP

By:     *Richard A. Joel, Esq.*
          Richard A. Joel, Esq. (RAJ7604)
          Email: rjoelsr@joelandjoel.com
          496 Kinderkamack Road
          Oradell, New Jersey  07649
          Tel: (201) 599-0588
          Fax: (201) 599-0179
          Attorneys for Plaintiffs
          Richard Zinn and
          Excalibur Bagel & Bakery Equipment, Inc.

Richard A. Joel, Esq. (RAJ 7604)
JOEL & JOEL, LLP
496 Kinderkamack Road
Oradell, New Jersey 07649
(201) 599-0588
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

RICHARD ZINN, Individually and as Sole
Shareholder of Excalibur Bagel & Bakery
Equipment, Inc., a New Jersey Corporation,
and Excalibur Bagel & Bakery Equipment,
Inc., a New Jersey Corporation

      Plaintiffs,

    vs.

KARIN SERUGA, Individually and as Sole
Shareholder of Excellent Bakery Equipment
Co., a New Jersey Corporation, and Excellent
Bakery Equipment Co., a New Jersey
Corporation

      Defendants.

CASE NO. _____cv_____

**CERTIFICATION OF
RICHARD ZINN**

STATE OF NEW JERSEY  )
                   ) ss.:
COUNTY OF BERGEN    )

    I, Richard Zinn, of full age, being duly sworn according to law, upon my oath, depose and say:

    1.    I am the plaintiff in this suit and I am familiar with the facts stated in this Complaint.

    2.    I have read the foregoing Complaint and on my own personal knowledge I know the facts contained therein to be true and they are incorporated into this affidavit by reference.

3.      I certify that the above statements made by me are true.  I am aware that if any of

the foregoing statements made by me are willfully false, I am subject to punishment.

SWORN TO BEFORE ME
THIS 13TH DAY OF JULY 2005

_____          RICHARD ZINN, Plaintiff
NOTARY PUBLIC

**LINDA MARZLOFF**
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES
JUNE 26, 20 0 6

15

EXHIBIT 1

**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments:** 4

**Serial #:** 71246878       **Filing Dt:** 04/04/1927       **Reg #:** 0231276       **Reg. Dt:** 08/16/1927

**Registrant:** F. AESCHBACH S.A.

**Mark:** ARTOFEX

**Assignment: 1**

**Reel/Frame:** 0659/0910       **Received:**       **Recorded:** 07/13/1989       **Pages:** 0

**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Assignor:** F. AESCHBACH AG

**Exec Dt:** 05/24/1989

**Entity Type:** A JOINED STOCK COMPANY

**Citizenship:** SWITZERLAND

**Assignee:** ARTOFEX AG
OBERFELDSTRASSE 342
CH-5722 GRANICHEN, SWITZERLAND

**Entity Type:** JOINT STOCK COMPANY

**Citizenship:** SWITZERLAND

**Correspondent:** MARK HARRISON
SPENCER & FRANK
1111 NINETEENTH STREET, N.W.
WASHINGTON, DC 20036

**Assignment: 2**

**Reel/Frame:** 1352/0012       **Received:** 05/22/1995       **Recorded:** 03/20/1995       **Pages:** 5

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** ARTOFEX AG

**Exec Dt:** 02/28/1995

**Entity Type:** CORPORATION

**Citizenship:** UNITED KINGDOM

**Assignee:** ARTOFEX ENGINEERING WORKS LIMITED
720 GREAT CAMBRIDGE ROAD
ENFILED, MIDDLESEX, UNITED KINGDOM EN1 3RW

**Entity Type:** CORPORATION

**Citizenship:** UNITED KINGDOM

**Correspondent:** KATHRYN L. BARRETT, ESQ.
WILLKIE FARR & GALLAGHER
ONE CITICORP CENTER
153 EAST 53RD STREET
NEW YORK, NY 10022

**Assignment: 3**

**Reel/Frame:** 2733/0248       **Received:** 10/17/2003       **Recorded:** 10/17/2003       **Pages:** 2

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** F. AESCHBACH, S.A.

**Exec Dt:** 10/15/2003

**Entity Type:** INDIVIDUAL

**Citizenship:** UNITED STATES

**Assignee:** KARIN SERUQA
315 FAIRFIELD ST
FAIFIELD, NEW JERSEY 07004

**Entity Type:** INDIVIDUAL

**Citizenship:** UNITED STATES

**Correspondent:** DENNIS DEUTSCH, ESQ.

505 MAIN ST
HACKENSACK, NJ 07601

**Assignment: 4**
   **Reel/Frame:** <u>2841/0477</u>    **Received:** 05/04/2004       **Recorded:** 05/04/2004       **Pages:** 2
   **Conveyance:** ASSIGNS THE ENTIRE INTEREST
      **Assignor:** <u>F. AESCHBAH S.A. JOINT STOCK COMPANY SWITZERLAND</u>      **Exec Dt:** 04/15/2004
                                                                      **Entity Type:** JOINT STOCK COMPANY
                                                                  **Citizenship:** SWITZERLAND
     **Assignee:** <u>SERUGA, KARIN</u>                                           **Entity Type:** INDIVIDUAL
                  315 FAIRFIELD STREET                        **Citizenship:** UNITED STATES
                  FAIRFIELD, NEW JERSEY 07004
**Correspondent:** DENNIS S. DEUTSCH, ESQ.
                  505 MAIN STREET
                  HACKENSACK, NJ 07642

Search Results as of: 06/09/2005 10:58

If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 703-308-9723

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

EXHIBIT 2

NO.125    P.2

# FERRARA, TURITZ, HARRAKA & GOLDBERG

*A Professional Corporation*
*Attorneys at Law*
505 MAIN STREET
HACKENSACK, N.J.   07601

STANLEY TURITZ
DENNIS G. HARRAKA (CERTIFIED CIVIL TRIAL ATTORNEY)
ARTHUR I. GOLDBERG (N.J. AND N.Y. BAR)
DENNIS S. DEUTSCH (N.J., N.Y. FL. & PA. BAR)

MARLA WOLFE TAUS  (N.J. AND N.Y. BAR)
DORIS BRANDSTATTER
LINA PAPALIA CORRISTON
EVA VIDAIC SIGNORE (N.J. and N.Y. BAR)
MOSHE ORLINSKY

DENNIS S. DEUTSCH
Direct e-mail
dennis.deutsch@fthglaw.com

(201) 489-8787
FAX (201) 489-0880

NEW YORK OFFICE:
630 THIRD AVENUE
SEVENTH FLOOR
NEW YORK, N.Y. 10017
(212) 233-2122

OF COUNSEL:
MICHAEL J. FERRARA
RICHARD H. INSLEY
CHARLES BARTEL (N.Y. BAR ONLY)
JAMES R. NORMAN

December 8, 2003

*VIA REGULAR AND CERTIFIED MAIL*

Artofex Machine LLC
611 Valley Health Plaza
Paramus, NJ 07642

Re: Trademark: "Artofex"

Sir:

Please be advised that this office represents Karen Seruga, the owner of the United States registered trademark, "Artofex". The mark is owned by Ms. Seruga pursuant to an assignment recorded with the United Stated Patent and Trademark Office on October 17, 2003 with respect to Application Number 71246878; Registration Number 231276. It has been brought to our attention that you are using the mark, "Artofex" in commerce. You are doing so in violation of my client's rights under Federal Law.

You are directed to immediately cease and desist and further use of the mark, "Artofex' without my client's written approval. You are further directed to withdraw from use any unpublished uses of the mark you may have in progress. Should you use the mark in any legal manner you are directed to indicate that the mark is a registered U.S. trademark belonging to Karen Seruga.

FERRARA, TURITZ, HARRAKA & GOLDBERG

Pg.

My client reserves her right to sue for profits made by you for the improper use of the mark as well as any other damages to which she is entitled by law. Demand is further made that you provide this office with an accounting of income derived directly or indirectly as a result of your use of the mark, within thirty days.

Please be guided accordingly.

Very truly yours,

FERRARA, TURITZ, HARRAKA & GOLDBERG, P.C.

By:

Dennis S. Deutsch, Esq.

DSD/snn
cc: Karen Seruga

EXHIBIT 3

**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Assignments on the Web > Trademark Query

# Trademark Assignment Details

**Reel/Frame:** 2841/0477      **Received:** 05/04/2004      **Recorded:** 05/04/2004      **Pages:**

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Total properties: 2**

| 1 | **Serial #:** 71246878 | **Filing Dt:** 04/04/1927 | **Reg #:** 0231276 | **Reg. Dt:** 08/16/1927 |
|---|---|---|---|---|
|  | **Mark:** ARTOFEX |  |  |  |
| 2 | **Serial #:** 76545438 | **Filing Dt:** 09/17/2003 | **Reg #:** NONE | **Reg. Dt:** |
|  | **Mark:** ARTOFEX |  |  |  |

**Assignor**

1   F. AESCHBAH S.A. JOINT STOCK COMPANY SWITZERLAND

**Exec Dt:** 04/15/2004

**Entity Type:** JOINT STOCK COMPANY

**Citizenship:** SWITZERLAND

**Assignee**

1   SERUGA, KARIN
315 FAIRFIELD STREET
FAIRFIELD, NEW JERSEY 07004

**Entity Type:** INDIVIDUAL

**Citizenship:** UNITED STATES

**Correspondence name and address**

DENNIS S. DEUTSCH, ESQ.
505 MAIN STREET
HACKENSACK, NJ 07642

Search Results as of: 06/09/2005 10:58

If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 703-308-9723

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

EXHIBIT 4

# FERRARA, TURITZ, HARRAKA & GOLDBERG

*A Professional Corporation*
*Attorneys at Law*
505 MAIN STREET
HACKENSACK, N.J. 07601

STANLEY TURITZ
DENNIS G. HARRAKA (CERTIFIED CIVIL TRIAL ATTORNEY)
ARTHUR I. GOLDBERG (N.J. AND N.Y. BAR)
DENNIS S. DEUTSCH (N.J. N.Y. FL. & PA. BAR)

MARLA WOLFE TAUS (N.J. AND N.Y. BAR)
DORIS BRANDSTATTER
LINA PAPALIA CORRISTON
EVA VIDAIC SIGNORE (N.J. and N.Y. BAR)
MOSHE ORLINSKY

(201) 489-8787
FAX (201) 489-0880

JAN 2 - 2004

NEW YORK OFFICE:
630 THIRD AVENUE
SEVENTH FLOOR
NEW YORK, N.Y. 10017
(212) 233-2122

OF COUNSEL:
MICHAEL J. FERRARA
RICHARD H. INSLEY
CHARLES BARTEL (N.Y. BAR ONLY)
JAMES R. NORMAN

DENNIS S. DEUTSCH
Direct e-mail
dennis.deutsch@fthglaw.com

December 31, 2003

*Via Telefax & US Mail*

Suzanne J. Frankland, Esq.
Melli, Guerin & Melli
West 115 Century Road
Paramus, NJ 07652

**Re: Seruga / Artofax Trademark**

Dear Ms. Frankland:

I have reviewed your letter of December 23, 2003. Regardless of any rights which may exist with respect to the Corporate Settlement Agreement between the parties, I am certain that that agreement does not give your client the right to use the trademark "Artofex" in conjunction with counterfeit parts.

Your client's action of advertising using the name "Artofex" in conjunction with his sale of unauthorized replacement parts constitutes trademark dilution which, in an of itself, is actionable. We therefore stand by our previous letter and caution your client accordingly.

Very truly yours,

FERRARA, TURITZ, HARRAKA & GOLDBERG, P.C.

By:_____
Dennis S.  Deutsch, Esq.

DSD/snn

cc: Karin Seruga

EXHIBIT 5

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

## Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jun 9 03:52:08 EDT 2005*

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout    Please logout when you are done to release system resources allocated for you.

Start    List At:    OR    Jump    to record:    **Record 1 out of 3**

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

# ARTOFEX

| | |
|---|---|
| **Word Mark** | **ARTOFEX** |
| **Goods and Services** | IC 007. US 013 019 021 023 031 034 035. G & S: machines for bakeries and confectioneries which include those for mixing and kneading as well as the parts and replacements for those machines. FIRST USE: 19270404. FIRST USE IN COMMERCE: 19270404 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 76545438 |
| **Filing Date** | September 17, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) SERUGA, KARIN INDIVIDUAL UNITED STATES 315 FAIRFIELD STREET FAIRFIELD NEW JERSEY 07004 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Dennis Deutsch |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Case 2:05-cv-03572-GEB-MCA   Document 1   Filed 07/18/05   Page 29 of 46 PageID: 29

Thank you for your request. Here are the latest results from the TARR web server.

**This page was generated by the TARR system on** 2005-06-09 10:03:49 ET

**Serial Number:** 76545438 Assignment Information

**Registration Number:** (NOT AVAILABLE)

**Mark**



**(words only):** ARTOFEX

**Standard Character claim:** No

**Current Status:** A non-final Office action is being typed. This is a letter from the examining attorney requesting additional information and/or making an initial refusal. However, no final determination as to the registrability of the mark has been made.

**Date of Status:** 2005-06-08

**Filing Date:** 2003-09-17

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 116

**Attorney Assigned:**
SNAPP TINA LOUISE Employee Location

**Current Location:** M70 -TMO Law Office 116

**Date In Location:** 2005-06-08

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. SERUGA, KARIN

**Address:**
SERUGA, KARIN
315 FAIRFIELD STREET
FAIRFIELD, NJ 07004
United States

**Legal Entity Type:** Individual
**Country of Citizenship:** United States

---

## GOODS AND/OR SERVICES

---

**International Class:** 007
machines for bakeries and confectioneries which include those for mixing and kneading as well as the parts and replacements for those machines
**First Use Date:** 1927-04-04
**First Use in Commerce Date:** 1927-04-04

**Basis:** 1(a)

---

## ADDITIONAL INFORMATION

---

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2005-06-08 - Non-Final Action Written

2005-05-05 - Petition To Revive-Granted

2004-11-12 - Petition To Revive-Received

2004-12-09 - PAPER RECEIVED

2004-11-12 - PAPER RECEIVED

2004-11-15 - PAPER RECEIVED

2004-11-12 - PAPER RECEIVED

2004-10-27 - Abandonment Notice Mailed - Failure To Respond

2004-10-27 - Abandonment - Failure To Respond Or Late Response

2004-03-26 - Non-final action mailed

2004-03-25 - Case file assigned to examining attorney

2003-11-07 - Applicant amendment prior to exam entered

2003-11-07 - Communication received from applicant

2003-11-07 - TEAS Preliminary Amendment Received

## CORRESPONDENCE INFORMATION

**Correspondent**
Dennis Deutsch (Attorney of record)

DENNIS DEUTSCH
FERRARA TURITZ HARRAKA & GOLDBERG, PC
505 MAIN STREET
HACKNESACK NJ 07601

**Phone Number:** 201 489 8787
**Fax Number:** 201 489 0880

EXHIBIT 6





The Spirit of Excellence...

[ **Artofex** ][ **Back-Tech** ][ **Daub** ][ **Excellent** ]

Welcome to Excellent Bakery Equipment, the ***owner*** of the Artofex trademark for the USA and ***exclusive representatives*** for Back-Tech and Daub equipment.

Click on the manufacturer logo below to see equipment.

Excellent Bakery Equipment Company is the EXCLUSIVE US representative of genuine and new Artofex mixers and parts. Do not be fooled by claims from other companies. Click here for more information regarding our status as the one and ONLY US company able to make this claim. ***Updated February 27, 2004!***



With a long tradition in the industry, Excellent moves into the next millennium. As one of the foremost manufacturers and distributors of bakery machinery for the largest wholesale bakers. We are also one of the largest suppliers to the bagel, small bakery and food service markets.



To reach our goal of being the best, Excellent established an in-house system which makes it possible to see and test our fine line of products. You can see the process from scratch to finish at our showroom bakery or any associated retail shop.



Our machinery is made in America, assuring you of readily available parts and service to last a lifetime.

Whatever your needs, Excellent can supply complete packages, including consulting and training. Known for its high level of integrity, Excellent has become the best resource in the industry.



**Equipment**

[ **Artofex** ][ **Back-Tech** ][ **Daub** ][ **Excellent** ]

**Excellent Bakery Equipment Co.**
315 Fairfield Road Fairfield, NJ 07004
(973) 244-1664 Tel (973) 244-1696 Fax
or call toll-free
**(888) BAGELS 1**
**(888) BAGELS 9**
**E-mail: staff@excellent-bagels.com**
©1997 All Rights Reserved. Excellent Bakery Equipment Co.

Excellent reserves the right to make any modifications or changes in design and engineering to their products to the latest technical standards without prior notice.

Website edited & maintained by James C. Calaski

EXHIBIT 7

of products, parts, or services which they sell of offer for sale, or the manufacturer of said products or parts;

(f)  Richard and Excalibur, and Karin and Excellent will not represent, state or imply, in any trade publication or otherwise, that they are offering for sale any equipment or parts manufactured by Artofex or *By* any licensor of the Artofex product or name unless said representations and statements are true in fact.  However, each party shall be entitled to purchase, rehabilitate and sell Artofex equipment; and shall be entitled to make, advertise and sell parts (using the designation *TRIPLE ACTION MIXER AND OR THE DESIGNATION* PH15, PH20, PH30), which can be used with or substituted for original Artofex equipment, and both parties can advertise that they are ~~available to service~~ *CAPABLE OF SERVICING* Artofex equipment as long as such statements are true.  Richard agrees that in the event he or Excalibur violates this obligation, Karin and/or Excellent shall be entitled to enforce it and, in any proceeding brought with respect to alleged violation of this paragraph, the *COURT SHALL HAVE THE POWER IN ITS DISCRETION TO AWARD* ~~losing party shall be responsible for the~~ reasonable attorneys' fees and costs ~~of the prevailing party~~.  Karin agrees that in the event she or Excellent violates this obligation, Richard and/or Excalibur shall be entitled to enforce it and, in any proceeding brought with respect to alleged violation of this paragraph, the *COURT* *HAVE THE POWER IN ITS DISCRETION TO AWARD* ~~losing party~~ shall ~~be responsible for~~ the reasonable attorneys' fees and costs ~~of the prevailing party~~.  Nothing herein shall be

137077.1

-7-

EXHIBIT 8



# The Spirit of Excellence...

Welcome to Excellent Bakery Equipment, the ***owner*** of the Artofex trademark for the USA and ***exclusive representatives*** for Back-Tech and Daub equipment.

## Important Announcement From Excellent Bakery Equipment

Click on the manufacturer logo below to see equipment.

Since 1995, two companies have advertised that they are both the **SOLE** US Agency of Artofex mixers and parts.



Two competing companies cannot be the sole US Agency of new genuine Artofex mixers and parts.



Two competing companies cannot have **exclusive** rights to represent genuine, new Artofex mixers and parts.

### *ONE OF THEM HAS BEEN LYING AND CONTINUES TO DO SO!*



Since 1977, **Karin Seruga** of **EXCELLENT BAKERY EQUIPMENT** has been the one and only representative of the genuine Artofex manufacturer and has been the only Artofex distributor for the United States market.



**Equipment**

Excellent reserves the right to make any modifications or changes in design and engineering to their products to the latest technical standards without prior notice.

The other company is simply lying and therefore defrauding the bakery industry by purporting to be **"the one and only genuine Artofex manufacturer world-wide" and sell new Artofex mixers.**

EXCELLENT BAKERY EQUIPMENT is the only company capable of selling all new Artofex models, including the PH8, PH15, PH20 and PH30 mixers and original Artofex replacement parts.

Please visit the links below to see copies of letters from the original Artofex manufacturers to support Karin Seruga's role as the sole agency for Artofex products in the USA.

You will also find a link to the "other company" to cease and desist from their claims that they are Artofex representatives.

Website edited & maintained by James C. Calaski

Excellent Bakery Equipment wishes to thank you for your continued support.

- **Click here to view Trademark Registration and the latest updates.** This page contains a brief history of Artofex, the original

Artofex Trademark registration, the transfer of the Trademark to
Karin Seruga, the new Trademark registration and a Cease and
Desist Letter.
*New!  Updated December 2003.*

- **Click here to view a letter from PITEC** to the "other company"
  again stating that Karin Sergua and Excellent Bakery Equipment is
  the only authorized Artofex representative in the United States.

---

[ Artofex ][ Back-Tech ][ Daub ][ Excellent ]

**Excellent Bakery Equipment Co.**
315 Fairfield Road Fairfield, NJ 07004
(973) 244-1664 Tel (973) 244-1696 Fax
or call toll-free
**(888) BAGELS 1**
**(888) BAGELS 9**
**E-mail: staff@excellent-bagels.com**
©1997 All Rights Reserved. Excellent Bakery Equipment Co.

EXHIBIT 9

Excellent Bakery Equipment Co



WELCOME TO EXCELLENT BAKERY EQUIPMENT, EXCLUSIVE HOME
AND OWNER OF

ARTOFEX USA

REGISTERED TRADEMARK SERIAL NR.71246878
REGISTRATION NUMBER 231276

CEASE AND DESIST ORDER

BE ADVISED THAT ANYONE USING THE MARK "ARTOFEX" IN
COMMERCE IS DOING SO IN VIOLATION OF MY RIGHTS UNDER THE
FEDERAL LAW. I AM THE OWNER OF THE MARK PURSUANT TO AN
ASSIGNMENT RECORDED WITH THE UNITED STATES PATENT AND
TRADEMARK OFFICE ON OCTOBER 23, 2003 WITH RESPECT TO
APPLICATION NR.71246878 REGISTRATION NR.231276.

YOU ARE DIRECTED TO IMMEDIATELY CEASE AND DESIST AND
FURTHER USE OF THE MARK "ARTOFEX" WITHOUT MY WRITTEN
APPROVAL.

YOU ARE FURTHER DIRECTED TO WITHDRAW FROM USE ANY UN-
PUBLISHED USES OF THE MARK YOU MAY HAVE IN PROGESS.

I RESERVE MY RIGHT TO SUE FOR PROFITS MADE BY YOU FOR
IMPROPER USE OF THE MARK AS WELL AS ANY OTHER DAMAGES TO
WHICH I AM ENTITLED BY LAW.

KARIN SERUGA
OWNER

*Back to top*

[ **Artofex** ][ **Back-Tech** ][ **Daub** ][ **Excellent** ]

http://www.excellent-bagels.com/artofexhist.html

**Excellent Bakery Equipment Co.**
315 Fairfield Road Fairfield, NJ 07004
(973) 244-1664 Tel (973) 244-1696 Fax
or call toll-free
**(888) BAGELS 1**
**(888) BAGELS 9**
**E-mail: staff@excellent-bagels.com**
©1997 All Rights Reserved. Excellent Bakery Equipment Co.

EXHIBIT 10



## The Spirit of Excellence...

Welcome to Excellent Bakery Equipment, the _**owner**_ of the
Artofex trademark for the USA and _**exclusive representatives**_ for
Back-Tech and Daub equipment.

Click on the
manufacturer logo
below to see
equipment.









**Equipment**

Excellent reserves the right to
make any modifications or
changes in design and
engineering
to their products to the latest
technical standards without
prior notice.

Website edited &
maintained by James C.
Calaski



Gränichen,          24 April 1997
Direktwahl:         062 / 855 05 51
E-mail:             mkasser@pitec.ch

Re:  ARTOFEX MACHINERY AND PARTS

Dear Sir,

We confirm and want to point out again that there is no change in the policy of our agency in the USA as to
the import and distribution of the ARTOFEX Products.

This business is and has been in the hands for many years and in continuous personal relationship of

Ms. Karin Seruga
Excellent Bakery Equipment Co.
315 Fairfield Road
Fairfield, New Jersey

Ms. Seruga stands and is during all these years alone and always in close contact with us and under the
same conditions as before she is authorized to import and distribute as a SOLE AGENCY the ARTOFEX
Products in the USA.

Nobody else is legally authorized to employ in any case or in any way the trademark ARTOFEX to import in
the USA these products and machines and parts.

We confirm this again to avoid legal action.

Yours Faithfully

PITEC  ltd.

in charge of all Artofex Export Affairs

[ **Artofex** ][ **Back-Tech** ][ **Daub** ][ **Excellent** ]

**Excellent Bakery Equipment Co.**
315 Fairfield Road Fairfield, NJ 07004

Excellent Bakery Equipment Co

(973) 244-1664 Tel (973) 244-1696 Fax

or call toll-free

**(888) BAGELS 1**

**(888) BAGELS 9**

**E-mail: staff@excellent-bagels.com**

©1997 All Rights Reserved. Excellent Bakery Equipment Co.

http://www.excellent-bagels.com/pitashtteds.html

EXHIBIT 11

**BAKO-SERVICE AG**
Rep- und Ersatzteildienst
Oberfeldstr. 13 • Postfach 264
CH-5722 GRÄNICHEN
✆ 062/842 70 22 • Fox 062/842 41 24

**Kolb**

D-3
3/1/0
ID

Einrichtungen und Geräte für Bäckereien und Konditoreien    Installations et ustensiles pour boulangeries et pâtisseries

Oberfeldstrasse 13
Postfach
CH-5722 Graenichen
Tel. ++ 64 331122  A.Haller
FAX ++ 64 314124  A.Haller

Gränichen, 20.Oktober 1995

Registered
Messrs.
EXCALIBUR
Bagel & Bakery Equip.Inc
attn. Mr. Richard Zinn
611 Industrial Ave.
Paramus, NJ 07652
USA

RE: ARTOFEX MACHINERY AND PARTS
*******************************

Dear Sir

We confirm our message of august 7th. 1995 and want to point out again.
that there is no change in the policy of our agency in the USA as to import
and distribution of ARTOFEX products.

This buisness is in hands since many years ago in continous personel
relationsship of

Mrs. Karin Zinn
Excellent Bakery Equipment Co.
315 Fairfield Road
Fairfield  New Jersey
USA

Mrs. Zinn stand and is during these many years alone always in close contact
with us and under the same conditions as before she is authorized to import
and distribute as a sole agency the ARTOFEX products in the USA.

Nobody else is legally authorized to employ in any case or any way the
trade mark and ARTOFEX to import in the USA these products—machines and
parts.

We confirm this again to avoid legal action

                    yours faithfully

                    KOLB / BAKO-SERVIE LTD.

                    A.Haller

        in charge of all ARTOFEX export affairs